UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

✓ Priority
__ Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

CASE NO.   CV00-12384-NM(CWx)          DATE 3/26/01

TITLE: Abraham John Pusa -v- Federal Bureau of Investigation

PRESENT:

HON. NORA M. MANELLA JUDGE

| JUDITH HURLEY | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFF     ATTORNEY PRESENT FOR DEFENDANT
           N/A                                  N/A

PROCEEDINGS: IN CHAMBERS

The Court sets the following briefing schedule for defendants motion for summary judgment: opposition to be filed no later than 4/6/01; reply if any to be filed no later than 4/20/01. The motion remains set for hearing on 5/7/01, at 10 am.

ENTERED ON ICMS
MAR 27 2001

cc: Counsel

MINUTES FORM 11                        Initials of Deputy Clerk
CIVIL-GEN

16